JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker, | CV 20-490 PA (JPRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| Bourgeois Pig Cafe, LLC, et al., | |
| Defendants. | |

Pursuant to the Court's March 30, 2020 Order granting Plaintiff's request for dismissal consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: March 30, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE